IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| ROBYN DAY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 324-036 |
| | * | |
| KEITH GILLIS, in his individual | * | U.S. DISTRICT COURT |
| capacity, | * | SOUTHERN DISTRICT OF GEORGIA |
| | * | |
| Defendant. | * | DEC 09 2024 |
| | | |
| | | FILED |

**O R D E R**

On November 25, 2024, Plaintiff Robyn Day filed a "Dismissal with Prejudice." (Doc. No. 17.) Defendant answered Plaintiff's complaint but did not file any counterclaims. Moreover, Defendant has not objected to the dismissal. Upon consideration, the Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(2). **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted against Defendant in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of December, 2024.

UNITED STATES DISTRICT JUDGE